# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CHERILYN Y STEWART,<br>　　Plaintiff,<br>v.<br>ORION FEDERAL CREDIT UNION<br>f/k/a MEMPHIS AREA TEACHERS'<br>CREDIT UNION,<br>　　Defendant. | )<br>)<br>)<br>)　No. 2:12-cv-02111-JPM-tmp<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed February 10, 2012, the parties having stipulated to the dismissal of this action,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 185) filed June 24, 2014, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE. Plaintiff and Defendant each bear responsibility for their own attorneys' fees, costs, and other expenses incurred in connection with this case.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

July 1, 2014
Date